Honorable Fred L. Van Sickle

Sheryl J. Willert, Esq.
Darren A. Feider, Esq.
Williams, Kastner & Gibbs
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

PROPOSED

Attorneys for Defendants

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

TONY RAMOS, in his individual capacity,

    Plaintiff,

v.

THE CITY OF YAKIMA, YAKIMA POLICE DEPARTMENT, a municipal corporation, DON BLESIO, in his individual capacity and DOES 1-5,

    Defendants.

NO. CY-01-3040-FVS

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

COME NOW defendants The City of Yakima and Yakima Police Department and plaintiff Tony Ramos and stipulate that all claims asserted against The City of Yakima, the Yakima Police Department and any other individual who may be identified as Does 1-5 are settled and may be dismissed with prejudice and without costs.

DATED this 26 of August, 2002.

WILLIAMS, KASTNER & GIBBS PLLC

By_____
Sheryl J. Willert, WSBA #08617
Attorneys for Defendants

FRANK ROSEN FREED ROBERTS LLP

By_____
Clifford Freed, WSBA #14348
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 1

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1360991.1



1  **ORDER**

2  THIS MATTER having come before the Court on the foregoing

3  Stipulation of the parties, and the Court finding good cause, now,

4  therefore, the claims asserted against The City of Yakima, the Yakima

5  Police Department and any other individual who may be identified as Does

6  1-5 in this action are hereby dismissed with prejudice and without costs

7  to any party.

8     DONE IN OPEN COURT _____.

9

10                                      _____
                                    Honorable Fred L. Van Sickle

11

12  PRESENTED BY:

13  WILLIAMS, KASTNER & GIBBS PLLC

14

15  By _____
    Sheryl J. Willert, WSBA #08617

16

    Attorneys for Defendants

17

18  FRANK ROSEN FREED ROBERTS LLP

19

20  By _____
    Clifford Freed, WSBA #14348

21

    Attorneys for Plaintiff

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL - 2

Williams, Kastner & Gibbs PLLC
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1360991.1