Honorable Fred L. Van Sickle

Sheryl J. Willert, Esq.
Darren A. Feider, Esq.
Williams, Kastner & Gibbs
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

Attorneys for Defendants

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 3 2002

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

TONY RAMOS, in his individual capacity,

    Plaintiff,

v.

THE CITY OF YAKIMA, YAKIMA POLICE DEPARTMENT, a municipal corporation, DON BLESIO, in his individual capacity and DOES 1-5,

    Defendants.

NO. CY-01-3040-FVS

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

COME NOW defendants The City of Yakima and Yakima Police Department and plaintiff Tony Ramos and stipulate that all claims asserted against The City of Yakima, the Yakima Police Department and any other individual who may be identified as Does 1-5 are settled and may be dismissed with prejudice and without costs.

DATED this 26 of August, 2002.

WILLIAMS, KASTNER & GIBBS PLLC

By _____
Sheryl J. Willert, WSBA #08617
Attorneys for Defendants

FRANK ROSEN FREED ROBERTS LLP

By _____
Clifford Freed, WSBA #14348
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 1

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1360991.1

ORIGINAL

**ORDER**

THIS MATTER having come before the Court on the foregoing Stipulation of the parties, and the Court finding good cause, now, therefore, the claims asserted against The City of Yakima, the Yakima Police Department and any other individual who may be identified as Does 1-5 in this action are hereby dismissed with prejudice and without costs to any party.

DONE ~~IN OPEN COURT~~ September 2, 2002.

_____
Honorable Fred L. Van Sickle

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

By_____
Sheryl J. Willert, WSBA #08617

Attorneys for Defendants

FRANK ROSEN FREED ROBERTS LLP

By_____
Clifford Freed, WSBA #14348

Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2

1360991.1